IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

TERRY DUKE,                       )
                                  )
                 Petitioner,      )
                                  )
     v.                           )    No. 06 C 6650
                                  )
THOMAS MONAHAN,[1]                )
                                  )
                 Respondent.      )

                      MEMORANDUM ORDER

    This Court has previously called for input as to the timeliness of petitioner Duke's current effort to seek federal habeas relief, a question whose answer was not immediately apparently from the convoluted course of events involved here and that, if the answer were in the negative, would obviate the need to address what might be equally convoluted issues on the merits. After Duke had provided helpful information in that respect, this Court requested a response from the defendant custodian.

    With the timely filing of an extended response by Assistant Attorney General Anderson Gansner, it appears that there is no timeliness problem from whichever direction Duke's petition is approached. That being the case, it becomes appropriate to turn to the merits, and Assistant Attorney General Gansner is ordered

---

[1] As explained in the Illinois Attorney General's response filed on February 2, petitioner Terry Duke ("Duke") has now been transferred to the Illinois Department of Human Services' Rushville Treatment Facility, where Thomas Monahan ("Monahan") is the facility director. That being the case, Monahan has become Duke's custodian and is therefore the proper respondent in this 28 U.S.C. §2241 ("Section 2241") proceeding.

to file an Answer to the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts (which this Court elects to treat as applicable here pursuant to Rule 1(b) of the same set of Rules) on or before February 23, 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 5, 2007